UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 13-00125 |
| | ) | Judge Sharp |
| [3] AARON L. OSBORNE | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant Aaron L. Osborne's Motion for Judgment of Acquittal (Docket No. 136) is hereby DENIED. Sentencing is hereby set for Friday, May 27, 2016, at 2:30 p.m.

Further, and as a housekeeping matter, the Clerk of the Court shall terminate the Motions in Limine (Docket Nos. 65, 66, 67 & 68) and the Joinder Motion (Docket No. 89) as pending motions, this case already having been tried to verdict.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT COURT